# EXHIBIT A

PO Box 510090
Livonia MI 48151-6090




Capital Services

Account Number: ▮▮▮▮▮▮▮
Original Creditor: Plains Commerce Bank
Current Owner: LVNV Funding LLC
Reference ID: ▮▮▮▮▮▮
Balance: $581.05
Accountholder Name: Eric Vonheppinstall

PEOKYK00200099
ERIC VONHEPPINSTALL
▮▮▮▮▮▮▮▮▮▮▮▮

September 1, 2021

Dear Eric Vonheppinstall,

We are providing the following information regarding the accountholder's legal rights in response to a recent communication regarding the above-referenced account.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-888-665-0374.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

**Please read the following important notices as they may affect your rights.**

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will assume this debt is valid. If you notify us in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of us in writing, within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

The law limits how long you can be sued on a debt. Because of the age of your debt, LVNV Funding LLC cannot sue you for it, and LVNV Funding LLC cannot report it to any credit reporting agency.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday


*Address*
55 Beattie Place
Suite 110 MS 576
Greenville, SC 29601

*Contact Numbers*
Toll Free Phone
1-888-665-0374
Toll Free Fax
1-866-467-0163


*Customer Portal*
Resurgent.com

PEOKYK00200099000990101B0400

15990733-COMMVAL-CS