IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC VON HEPPINSTALL, individually and on behalf of all other similarly situated,<br>　　　　　　Plaintiff<br><br>　　　v.<br><br>RESURGENT CAPTIAL SERVICES L.P., LVNV FUNDING LLC, and JOHN DOES 1-25,<br>　　　　　　Defendants | No. 3:21cv1611<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 1st day of July 2024, in accordance with the accompanying memorandum, the defendants' motion for summary judgment (Doc. 21) is hereby **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court